

FILED
SEP 19 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

1

_Michael Cobb

_____(Full Name) 2

__michaelcobb423@gmail.com_____

_____(Email Address) 3

2301 princeton Lane

_____(Address Line 1) 4

Johnson city TN 37601

_____(Address Line 2) 5

423 262 3179

_____(Phone Number) 6

Plaintiff in Pro Se

7

8  9  10  11

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

Case No.: _____

_____,

(To be supplied by the Clerk)

12  13                    Plaintiff,                    **Pursuant to**

vs.

14                **Civil Rights Complaint**

Discrimination, racial slurs, vulgar language, perjury, assault, verbal assault, violation of due process, prejudice against my handicap, Negligent Supervision, and negligence

_____

**42 U.S.C. § 1983 (non-prisoners)**

15

_____

16

**Jury Trial Demanded**: XYes ☐ No

17

18 19 20 21 22

Defendant(s). National Cemetery Administration,
Department of Veterans Affairs
National Cemetery Administration Office of Workforce Relations (43F4)
Mrs. Cortney McCormick, M.A.,
Elise L. Jones Administrative Judge
US Equal Employment Opportunity Commission,
National Cemetery Administration Office of Mountain Home Tennessee (Employees),
Cemetery Director Sue Jehlen,
Employee and Labor Relations Specialist
Cemetery Foreman Mr. Charles Jones,
Cemetery Workleader Mr. Randy Lougee,
Cemetery Equipment Operator Mr. Logan Shell,
Cemetery Caretaker Mr. Jeremy Quackenbush,
Cemetery Caretaker Mr. Michael Baker,
National Cemetery Administration Southeast District Mia Coleman,
National Cemetery Administration, Director Mr. Stephan J. Frank,

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. 23

Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983. 24

25 26

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events mainly occurred in the jurisdiction.

*Form prepared by Public Counsel.* © *2010, 2013 Public Counsel.*
*All rights reserved. Revised: August 2013*
Civil Rights Complaint Pursuant to U.S.C. § 1983
1 2

Page Number

## III. PARTIES

3. Plaintiff Michael Anthony Cobb. _____resides at:

3

*(your full name)*

4

2301 Princeton Lane Johnson City Tn 37601

6
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)* 7

8

4. Defendant (A) Sue Jehlen, (B) Charles Jones, (C) Randy Lougee, (D)Logan Shell, (E)Jeremy Quackenbush, (F) Michael Baker works at
*(full name of Defendant)*

9

Mountain Home National Cemetery

10  11
*(Defendant's place of work)*

Defendant's title or position is Cemetery Director, Cemetery Foreman, Cemetery Workleader, Cemetery Equipment Operator, and Cemetery Caretakers.

12  13
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

14

X☐ individual capacity ☐ official capacity 15

This Defendant was acting under color of law because: _Mrs. Jehlen allowed Mr. Jones to fire me under false pretenses, due to the fact of the color of my skin. With proof of me being protected by the contract that we were under by the union. She ignored the contract the union sent to her to prove that I was not in the wrong. _____ 16

_Mrs. Jehlen also committed perjury on the eeo case to help protect her employees who discriminated against me, and was also allowed them to say racial slurs, with nothing being done about it._____ 17

_____ 18

19

5. Defendant Charles Jones works at
*(full name of Defendant)*

20

Mountain Home National Cemetery.

21  22
*(Defendant's place of work)*

Defendant's title or position is Cemetery Foreman. . *(Defendant's title or position at place of work)*

23

This Defendant is sued in his/her (check one or both):

25

    X☐ individual capacity ☐ official capacity 26

This Defendant was acting under color of law because: I have heard Mr. Jones say the word nigger, he has also said that it is easier to blame the black person, while allowing a white individual come to work intoxicated, other employees brought this up to his attention and nothing was done about. 27

Mr. Jones also committed perjury on our eeo case. Mr. Jones ignored other employees when they came to him about the individual coming into work high. Which eventually led to that employee having a horrible accident on his way to work. 28

Mr. Jones would let white employees say whatever they want to with no reprimand at all, even when I explained that they were wrong for saying those things and nothing happened. I would say things that were not racial but I would get into trouble for speaking my mind. Also being threatened and being assaulted by Mr. Jones spitting on me. After he left his office he ran up on me in a very irate and aggressive derogatory manner. In which he violated the contract of the union.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

\_\_\_. Defendant Randy Lougee_____

works at *Insert ¶ # (full name of Defendant)*

2

\_Mountain Home National Cemetery

3  4

*(Defendant's place of work)*

Defendant's title or position is \_Cemetery Workleader

_____. 5

6

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

    X☐ individual capacity ☐ official capacity

8

This Defendant was acting under color of law because Mr. Lougee said a racist remark to me and thought it was funny. _____ 10

It was the end of the work day, i had just got done washing my hands so i was ashy. Another employee said damn Cobb your hands are ashy, I replied that I like washing my hands and Mr. Lougee replied and you're still black, he looked at me and laughed. Logan Shell was there when that happened. The next day Mr. Lougee came and apologized to me and said that he was wrong for saying that. On the eeo Case Mr. Lougee committed perjury by saying that he never said that and that he never apologized to me. I have proof that he lied. There was a fact finding where Mr. Lougee admitted that he did make a colored joke and that he did apologize for what he had said.

14

15

16

Defendant Logan Shell works at
*Insert ¶ # (full name of Defendant)*

Mountain Home National Cemetery.


*(Defendant's place of work)*


Defendant's title or position is Equipment Operator
_____.

21  22
*(Defendant's title or position at place of work)*


This Defendant is sued in his/her (check one or both):

23

X☐ individual capacity ☐ official capacity

24

This Defendant was acting under color of law because He committed perjury to protect Randy Lougee. He made a false statement on the eeo case saying that Mr. Lougee never made a racist joke to me.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**IV. STATEMENT OF FACTS**

1

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about*

_____ 10

___. The above civil right was violated by the following Defendants:

*Insert ¶ #*

National Cemetery Administration, Director Mr. Stephan J. Frank,
National Cemetery Administration Southeast District  Mia Coleman,
Department of Veterans Employee and Labor Relations Specialist Affairs
National Cemetery Administration
Office of Workforce Relations (43F4)
Mrs. Cortney McCormick, M.A.,
Cemetery Director Sue Jehlen,

Cemetery Foreman Mr. Charles Jones,

Cemetery Workleader Mr. Randy Lougee,

Cemetery Equipment Operator Logan Shell,

Cemetery Caretaker Mr. Jeremy Quackenbush,

Cemetery Caretaker Mr. Michael Baker,

_____ 13
_____ 14
_____ 15

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)* 16

___. _____ *Insert ¶ #*
_____ 18
_____ 19
_____ 20
_____ 21
_____ 22
_____ 23
_____ 24

___. As a result of the Defendant's violation of the above civil right, Plaintiff 25
*Insert ¶ #* was harmed in the following way:

I was terminated as a part of the lies.

26

I was not able advance for employment opportunities._Menatlly having to deal with racism, discrimination and being fearful for 13 years._____

27

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  2  3

**Claim #( )** *(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above. *Insert ¶ #*

4

5  *(List any other legal claim you have that is related to your civil rights claim.)*

EEO Claim.

___. Plaintiff alleges the above claim against the following Defendant(s): 12
*Insert ¶ #*

Perjury and discrimination._____

16  17  *how each Defendant violated the rights giving rise to this claim.)*

(You may list facts supporting your claim. Be specific about

_____._____ *Insert ¶ #*

18

_____ 19
_____ 20
_____ 21
_____ 22
_____ 23
_____ 24

___. As a result of the Defendant's violation of the rights giving rise to this 25
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

26

Mentally, physically, stress and family stress, due to me losing my job. It also affected my personal way of living and also emotional due to the fact that I have been working there for 13 years, and I was fearful to come to work due to the fact that I was the only one being treated differently. _____ 27

28

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_

Gain employment at the veterans affairs Hospital
Receive back pay from the day i was relieved of duty from Mountain Home National Cemetery until now,
Terminate all the employees involved in the eeo case that committed perjury at Mountain Home National Cemetery,
Replace my retirement,

_Insert ¶ #_

15

*Insert ¶ #*

16

_____ 17
_____ 18
_____ 19

20

_____ 21

*Insert ¶ #*

22

23

_____ 24

25            Sign: *Michael Cobb*

26 27 28     _____

Dated: September 18, 2024      Print Name: Michael Cobb

_____

Sign: *Michael Cobb*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 2 3          **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint. 4

5 6 7 8 9                   Sign: *Michael Cobb*

10 11 12 13 14 15 16 17 18 19 _____

20 21 22 23 24 25 26 27 28    Print Name: Michael Cobb

Dated: September 18, 2024

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Cortney McCormick

810 Vermont Avenue NW Washington DC 20420

Elise L Jones

100 Alabama St SW, suite 4R30 Atlanta GA 30303

Stephan Frank

1700 Clairmont Road 4th floor
Decatur, GA 30033

Mia Coleman

1700 Clairmont Road 4th floor
Decatur, GA 30033

Sue Jehlen, Charles Jones, Randy Lougee, Logan Shell, Jeremy Quackenbush, and Michael Baker

53 Memorial Ave, Mountain Home, TN 37684